# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| TRIUMPH DESIGNS, LTD. | § | |
| | § | |
| vs. | § | NO:  AU:25-CV-01024-ADA |
| | § | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED | § | |

## ORDER RESETTING PRELIMINARY INJUNCTION HEARING VIA ZOOM

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for PRELIMINARY INJUNCTION HEARING VIA ZOOM on August 08, 2025 at 02:00 PM.

IT IS SO ORDERED this 8th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE